| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Robert J. Morgan Sr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2560<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–32530–CMG | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert J. Morgan Sr.

3/22/21     **By the court:** Christine M. Gravelle
                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Robert J. Morgan, Sr.  
      Debtor

Case No. 15-32530-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Mar 22, 2021      Form ID: 3180W      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Robert J. Morgan, Sr., 296 Grande River Blvd, Toms River, NJ 08755-1110 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Seterus, Inc. as servicer for Federal National Mor, Stern, Lavinthal & Frankenberg, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 515879744 | | Anthony J. Migliaccio, Jr., Esquire, PO Box 278, Ramsey, NJ 07446-0278 |
| 515879745 | + | Delbert Services/consu, 1 City Blvd W, Orange, CA 92868-3621 |
| 519117409 | + | MTGLQ Investors, L.P., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519117410 | + | MTGLQ Investors, L.P., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, MTGLQ Investors, L.P. Serviced by Select Portfolio Servicing, |
| 515879747 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan Motor Acceptance, Attn: Bankruptcy, 8900 Freeport Pkwy, Irving, TX 75063-2409 |
| 518310241 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 518310242 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper 75261-909 ATTN: Bankruptcy Dept |
| 515887615 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 515879748 | + | Ocwen Loan Servicing L, 1661 Worthington Rd Suite 100, West Palm Beach, FL 33409-6493 |
| 516093879 | + | Seterus, Inc. as servicer for Federal National Mor, P.O. Box 1047, Hartford, CT 06143-1047 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 23 2021 01:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 23 2021 01:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515879743 | | EDI: BECKLEE.COM | Mar 23 2021 00:38:00 | American Express, PO Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 515934928 | | EDI: BECKLEE.COM | Mar 23 2021 00:38:00 | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515888750 | | EDI: DISCOVER.COM | Mar 23 2021 00:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515879746 | + | EDI: DISCOVER.COM | Mar 23 2021 00:38:00 | Discover Fin Svcs Llc, Po Box15316, Wilmington, DE 19850-5316 |
| 518952535 | + | EDI: AGFINANCE.COM | Mar 23 2021 00:38:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 516107402 | + | EDI: AGFINANCE.COM | Mar 23 2021 00:38:00 | OneMain Financial Group, LLC as servicer for Wells, 6801 Colwell Blvd, Mail Stop: NTSB: 1310, Irving, TX 75039-3198 |
| 515911317 | | EDI: RMSC.COM | Mar 23 2021 00:38:00 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, |

Case 15-32530-CMG    Doc 47    Filed 03/24/21    Entered 03/25/21 00:16:03    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 22, 2021 | Form ID: 3180W | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | Miami, FL 33131-1605 |
| 515879749 | | EDI: WFFC.COM | Mar 23 2021 00:43:00 | Wells Fargo Bank, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 515879750 | | EDI: WFFC.COM | Mar 23 2021 00:43:00 | Wells Fargo Bank Nv Na, Attn: Deposits Bankruptcy MAC# P6103-05K, PO Box 3908, Portland, OR 97208-3908 |
| 516076728 | | EDI: WFFC.COM | Mar 23 2021 00:43:00 | Wells Fargo Bank, N.A., 1 Home Campus X2303-01A, Des Moines, IA 50328-0001 |
| 516088052 | + | EDI: WFFC.COM | Mar 23 2021 00:43:00 | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Nissan Motor Acceptance Corp., PO Box 660366, Dallas, TX 75266-0366 |
| cr | *+ | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MTGLQ INVESTORS  L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeanette F. Frankenberg | on behalf of Creditor Seterus  Inc. as servicer for Federal National Mortgage Association cmecf@sternlav.com |
| John R. Morton, Jr. | on behalf of Creditor Nissan Motor Acceptance Corp. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Lee Martin Perlman | on behalf of Debtor Robert J. Morgan  Sr. ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Mar 22, 2021 | Form ID: 3180W | Total Noticed: 26

William M.E. Powers
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

TOTAL: 9